United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCERO GALLARDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINDA'S BAKERY, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-04448-KAW<br><br>**ORDER TO SHOW CAUSE; VACATING CASE MANAGEMENT CONFERENCE** |

On September 1, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis*, and ordered Plaintiff to pay the filing fee. (Dkt. No. 13.) To date, there is no indication that Plaintiff has paid the filing fee. Accordingly, the Court ORDERS Plaintiff to show cause, by **January 31, 2023**, why the case should not be dismissed for failure to pay the filing fee by: (1) paying the filing fee in full or providing evidence that the filing fee has been paid, and (2) if the filing fee was not paid, explaining why Plaintiff did not comply with the Court's order.

The Court VACATES the January 24, 2023 case management conference.

IT IS SO ORDERED.

Dated: January 18, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge