UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCERO GALLARDO,<br><br>            Plaintiff,<br><br>      v.<br><br>LINDA'S BAKERY, et al.,<br><br>            Defendant. | Case No. 22-cv-04448-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 19 |

The Court has reviewed Judge Westmore's Report and Recommendation to Dismiss and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 28, 2023

VINCE CHHABRIA
United States District Judge